# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

MARILYN TOLBERT-SMITH,    )

                          )

       Plaintiff,      )

                          )

    v.        )       Civil Action 1:06-cv-01216-FJS

                          )

ERNEST MONIZ, Secretary    )

U.S. Department of Energy   )       June 9, 2014

                          )

       Defendant.    )

_____)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Parties to the above-captioned case have entered into a Settlement Agreement.  Pursuant to the Agreement and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties stipulate that the above-captioned action shall be dismissed with prejudice as to all of Plaintiff's claims against Defendant.

Respectfully Submitted,

/s/ Kevin L. Owen

_____

KEVIN OWEN (MD Bar MD 16693)
The Law Offices of Gary M. Gilbert &
Associates, PC
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: 301-608-0880
Facsimile: 301-608-0881
Email: kowen@ggilbertlaw.com
Counsel for Plaintiff

**IT IS SO ORDERED**.

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

RONALD C. MACHEN JR.
United States Attorney

DANIEL F. VAN HORN
Chief, Civil Division

/s/ Darrell C. Valdez

_____

DARRELL C. VALDEZ (DC BAR 420232)
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202)252-2507
Email:  Darrell.valdez@usdoj.gov
Counsel for Defendant

**June 10, 2014 at Syracuse, New York**